IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

FILED
98 APR -9 AM 8: 33
U.S. DISTRICT COURT
N.D. OF ALABAMA

CHARLES RICHARD SANDALL, )
)
Plaintiff, )
)
vs. ) CV 97-C-0526-W
)
SHERIFF TED SEXTON, TUSCALOOSA )
COUNTY, TUSCALOOSA COUNTY )
SHERIFF'S OFFICER, TUSCALOOSA )
COUNTY COMMISSION, DEPUTY )
AARON HOUSTON, and OFFICERS )
LATHUM, STAMPS, MOSLEY, and )
HOWARD, )
)
Defendants. )

ENTERED
APR 9 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 12, 1998, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on March 24, 1998.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 8th day of April, 1998.

                                                              U. W. CLEMON  
                                                              UNITED STATES DISTRICT JUDGE